IN THE MATTER OF JOSEPH GIANNINI, AN
ATTORNEY AT LAW.

March 23, 1990.

ORDER

The Disciplinary Review Board having filed a report with the
Supreme Court recommending that JOSEPH GIANNINI of
SANTA MONICA, CALIFORNIA, who was admitted to the
Bar of this State in 1984, be publicly reprimanded, the Board's
recommendation being based on its determination that respon-
dent behaved in a contemptuous manner toward the trial court

and that his conduct was intended to interfere substantially with the orderly process of the administration of justice in violation of *RPC* 3.5 and *RPC* 8.4, coupled with respondent's lack of remorse and inability to admit his wrongdoing, and good cause appearing;

It is ORDERED that the findings of the Disciplinary Review Board are hereby adopted, and JOSEPH GIANNINI is publicly reprimanded; and it is further

ORDERED that the Decision and Recommendation of the Disciplinary Review Board, together with this Order and the full record of the matter, be added as a permanent part of the file of said JOSEPH GIANNINI as an attorney at law of the State of New Jersey; and it is further

ORDERED that JOSEPH GIANNINI reimburse the Ethics Financial Committee for appropriate administrative costs.